# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO BARRIENTOS, | ) | Case No. 2:20-cv-07152-SP |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

The Ninth Circuit Court of Appeals having vacated this court's October 26, 2021 Judgment in its March 18, 2022 Order, IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Order Remanding Matter to the Commissioner Pursuant to Mandate of the Ninth Circuit Court of Appeals filed contemporaneously with the filing of this Judgment.

Dated: March 24, 2022

_____
SHERI PYM
United States Magistrate Judge